IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JOAN DENISE HURST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2591 Ml/P |
| | ) | |
| BILLY PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING MOTION TO MODIFY RULE 16(b) SCHEDULING ORDER

Before the Court is the Plaintiff's Motion to Modify Rule 16(b) Scheduling Order, filed May 2, 2005. Upon good cause having been shown, and no objection by the defendant, the deadlines in this case are modified as follows:

1. COMPLETING ALL DISCOVERY: Monday, June 13, 2005.

    a. EXPERT DISCLOSURE (RULE 26):

        1. DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: Friday, August 5, 2005.

        2. DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: Friday, August 19, 2005.

2. FILING PRETRIAL MOTIONS (INCLUDING MOTIONS FOR SUMMARY JUDGMENT): Wednesday, July 13, 2005.

The non-jury trial in this case, which is anticipated to last one (1) day, is set to begin on Monday, September 19, 2005 at 9:30 a.m. in Courtroom No. 4. The pretrial conference is set on Monday, September 12, 2005 at 9:00 a.m. A joint pretrial order shall be submitted no later than 4:30 p.m. on Tuesday, September 6, 2005.

Absent good cause, the dates established by this order shall not be modified or extended.

IT IS SO ORDERED THIS 25 DAY OF May, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02591 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Curt Runger
DOUGLASS & HOOTS
2820 Summer Oaks Drive
Bartlett, TN 38134

Honorable Jon McCalla
US DISTRICT COURT