IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOAN DENISE HURST, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-2591 Ml/p |
| BILLY PHILLIPS, | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendant's Motion for Leave to File Reply in Support of Defendant's Motion for Summary Judgment, filed August 25, 2005. Good cause having been shown, Defendant's motion is GRANTED. Clerk's Office is instructed to file Exhibit 2 of Defendant's Motion for Leave to File Reply in Support of Defendant's Motion for Summary Judgment (Docket No. 21) as Reply in Support of Defendant's Motion for Summary Judgment.

So ORDERED this 26 day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 8-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02591 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Curt Runger
DOUGLASS & HOOTS
2820 Summer Oaks Drive
Bartlett, TN 38134

Honorable Jon McCalla
US DISTRICT COURT