IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 SEP 30 AM 10: 41
THOMAS H. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| JOAN DENISE HURST, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 04-2591 Ml/P |
| BILLY PHILLIPS, | ) ) | |
| Defendant. | ) ) | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Motion for Summary Judgment, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment, entered September 30, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 30, 2005
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-3-05

(27)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02591 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Curt Runger
DOUGLASS & HOOTS
2820 Summer Oaks Drive
Bartlett, TN 38134

Honorable Jon McCalla
US DISTRICT COURT